ORDER
On January 25, 2005, Darrell Lamont Gilchrist filed a petition for rehearing with a suggestion for rehearing en banc to which the government filed a response on February 11, 2005. Having reviewed Gilchrist’s petition, the panel is of the opinion that Gilchrist’s convictions should be affirmed for the reasons stated in the panel opinion. However, the panel is of the opinion that Gilchrist’s sentences must be vacated and the case remanded for resentencing in light of United States v. Booker, — U.S. -, 125 S.Ct. 738, — L.Ed.2d - (2005), which was decided after the panel opinion issued in this case.
Accordingly, Gilchrist’s petition for rehearing is granted solely on the issue of whether he is entitled to be resentenced. No member of this court having asked for a poll on the petition for rehearing en banc, the petition for rehearing en banc is denied.
Entered at the direction of Senior Judge Hamilton with the concurrences of Judge Niemeyer and Judge Luttig.